STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

CYNTHIA JOHNSON (CABN 328932)
Special Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    Cynthia.Johnson@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 4:12-CR-00495-020 SBA KAW |
| Plaintiff, | DETENTION ORDER (as modified) |
| v. | |
| ERIK ANDRE MILES, | |
| Defendant. | |

On February 12, 2013, the defendant, Erik Andre Miles, was sentenced to 30 months' imprisonment and 6 years' supervised release, for a conviction of Possession with Intent to Distribute Heroin within 1000 Feet of a School, in violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 860.

On July 12, 2022, an amended Form 12 petition was filed charging the defendant with violating the terms of his Supervised Release. (Dkt. No. 1665). The amended Form 12 charges that the defendant committed robbery, possessed and used a controlled substance, and failed to participate in a substance abuse program as well as location monitoring as directed by U.S. Probation.

On August 2, 2022, the defendant appeared before the undersigned Magistrate Judge for an arraignment on the aforementioned Form 12 petition. The government moved for detention. The

defendant bears the burden of establishing by clear and convincing evidence that he will not flee or pose a danger to the community if released pending his revocation hearing. *United States v. Loya,* 25 F.3d 1529, 1531 (9th Cir. 1994). The defense attorney asked for some time before the Court made its final determination on detention and the matter was continued to August 9, 2022, at 10:30AM for status on detention and preliminary revocation.

Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on the record, the Court finds that the defendant has not met his burden given the nature of the alleged supervised release charges and defendant's history of repeated supervised release violations since 2015. Accordingly, the Court orders that the defendant be detained pending the resolution of the Form 12 petition.

Pursuant to 18 U.S.C. § 3143, IT IS ORDERED THAT:

1. The defendant is committed to the custody of the Attorney General for confinement in a corrections facility;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

DATED: August 10, 2022

HONORABLE KANDIS A. WESTMORE
United States Magistrate Judge